1

2

3

4

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

5

*Counsel for Plaintiff*

6

7

8

9

10

## UNITED STATES DISTRICT COURT

11

### EASTERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

L.D., individually and on behalf of all other persons similarly situated,

Plaintiff,

v.

LOVEHONEY LLC,

Defendant.

Case No. 2:24-cv-00499 AC

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO PROCEED UNDER A PSEUDONYM**

1

### [~~PROPOSED~~] ORDER

2

UPON THE ADMINISTRATIVE MOTION of Plaintiff L.D., it is hereby ordered:

3

Plaintiff may proceed with this action using the pseudonym Plaintiff L.D. and with a

4

caption reflecting this pseudonym.

5

IT IS SO ORDERED.

6

Date: February 22, 2024

7

_____

8

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28