**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.D., individually and on behalf of all other persons similarly situated,<br><br>                              Plaintiff,<br><br>            v.<br><br>LOVEHONEY LLC,<br><br>                              Defendant. | Case No. 2:24-cv-00499 (AC)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME** |

**~~PROPOSED~~ ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that Defendant's last day to answer or move in response to the Class Action Complaint is hereby extended to and including April 19, 2024.

IT IS SO ORDERED.

Dated: March 13, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE